ELLEN F. ROSENBLUM
Attorney General
JESSICA SPOONER  #105919
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Jessica.Spooner@doj.state.or.us

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIANNE DAVIDOFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOLORES MATTEUCCI; LINDSEY SANDE, MONICA BYERS; DAVID HERNE; OREGON STATE HOSPITAL, OREGON HEALTH AUTHORITY,<br><br>　　　　Defendants. | Case No.   6:22-cv-00901-AA<br><br>STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME |

**CERTIFICATE OF CONFERRAL**

Defense counsel certifies that she conferred with Plaintiff's counsel and they are not opposed to this extension request. Declaration of Jessica Spooner in Support of State Defendants' Unopposed Motion for Extension of Time at ¶ 3.

**MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE**

The current deadline for filing a *Waiver of Service* is Friday, August 12, 2022. State Defendants respectfully move this Court pursuant to Fed. R. Civ. P. 6(b) for an Order granting a

Page 1 -    STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
　　　　　　JS/bs4/527167457

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

21-day extension of time, up to and including **Friday, September 2, 2022**, to determine who the Oregon Department of Justice represents in this matter.

This motion is supported by the accompanying declaration of Jessica Spooner, Assistant Attorney General.

DATED August 12, 2022.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General

    *s/ Jessica Spooner*
    JESSICA SPOONER #105919
    Assistant Attorney General
    Trial Attorney
    Tel (503) 947-4700
    Fax (503) 947-4791
    Jessica.Spooner@doj.state.or.us
    Of Attorneys for State Defendants

Page 2 -    STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
    JS/bs4/527167457

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on August 12, 2022, I served the foregoing STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Ethan Levi<br>Noah Horst<br>Levi Merrithew Horst PC<br>610 SW Alder Street, Suite 415<br>Portland, OR 97205<br>*Of Attorneys for Plaintiff* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL: ethan@lmhlegal.com; noah@lmhlegal.com<br>_X_ E-SERVE |

*s/ Jessica Spooner*
JESSICA SPOONER #105919
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Jessica.Spooner@doj.state.or.us
Of Attorneys for State Defendants