**Kevin T. Lafky, OSB #852633**
klafky@lafky.com
Lafky & Lafky
429 Court Street NE
Salem, OR 97301
Telephone: (503) 585-2450
Facsimile: (503) 585-0205
Attorneys for Defendant David Herne

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **DIANNE DAVIDOFF**,<br><br>Plaintiff,<br><br>v.<br><br>**DOLORES MATTEUCI, et al.**<br><br>Defendant. | Case No: 6:22-cv-00901-AA<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Please take note that Kevin T. Lafky of Lafky & Lafky, 429 Court Street NE Salem, OR 97301 hereby enters his appearance as counsel on behalf of Defendant David Herne. Please direct any further pleadings or correspondence concerning this litigation to Mr. Lafky.

DATED this 29th day of September, 2022.

*s/ Kevin T. Lafky*
Kevin T. Lafky, OSB#852633
Lafky & Lafky
Attorney for Defendant David Herne