**Kevin T. Lafky, OSB #852633**
klafky@lafky.com
Lafky & Lafky
429 Court Street NE
Salem, OR 97301
Telephone: (503) 585-2450
Facsimile: (503) 585-0205
Attorneys for Defendant David Herne

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| DIANNE DAVIDOFF, <br><br> Plaintiff, <br><br> v. <br><br> DOLORES MATTEUCCI, LINDSEY SANDE, DAVID HERNE, OREGON STATE HOSPITAL, and OREGON HEALTH AUTHORITY <br><br> Defendant. | Case No. 6:22-cv-901 <br><br> **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES** |

Defendant David Herne ("Defendant") answers and responds to Plaintiff's complaint as follows:

**JURISDICTION**

Defendant admits that plaintiff alleges federal claims. The remaining allegations in the "Jurisdiction" sub-heading are legal conclusions that require no answer. To the extent an answer is deemed to be required, the allegations in this sub-heading are denied.

**VENUE**

Defendant admits that Plaintiff alleges claims that occurred in Oregon. However, Defendant denies that the alleged events gave rise to the claims within Plaintiff's complaint. The

Page 1- DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSE

remaining allegations under the "venue" sub-heading are legal conclusions that require no answer. To the extent an answer is deemed to be required, the allegations in this sub-heading are denied.

## ANSWER TO PLAINTIFF'S COMPLAINT

In response to Plaintiff's numbered paragraphs, Defendant provides the following answers:

1-4.

Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraphs 1-4 of Plaintiff's complaint.

5.

Defendant admits the first sentence of paragraph 5 but denies the remaining portion of that paragraph.

6.

Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiff's complaint.

5.2

Defendant would like to point out that Plaintiff's complaint contains two paragraphs numbered 5. Defendant denies the second paragraph numbered 5.

6.2

Defendant would like to point out that Plaintiff's complaint contains two paragraphs numbered 6. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 6.2.

7.

Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiff's complaint.

Page 2- DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSE

8.

Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 8 of Plaintiff's complaint.

9.

Defendant denies the allegations in paragraph 9.

10.

Defendant admits that he had access to Plaintiff's medical file as part of her treatment team but denies the remaining allegations in paragraph 10.

11-17.

Defendant denies the allegations in paragraph 11-17.

18.

Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 18 of Plaintiff's complaint.

19-25.

Defendant denies the allegations contained in paragraphs 19-25 of Plaintiffs complaint.

26.

Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 26 of Plaintiff's complaint.

27-32.

Defendant denies the allegations contained in paragraphs 27-32 of Plaintiffs complaint.

33-37.

Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraphs 33-37 of Plaintiff's complaint.

38-41.

Defendant denies the allegations contained in paragraphs 38-41 of Plaintiffs complaint.

42-45.

Defendant denies the allegations contained in paragraphs 42-45 of Plaintiff's complaint.

46-49.

Defendant denies the allegations contained in paragraphs 46-49 of Plaintiff's complaint.

50-54.

Defendant denies the allegations contained in paragraphs 50-54 of Plaintiff's complaint.

**AFFIRMATIVE DEFENSE ONE**

**(Indemnification)**

55.

Should Plaintiff recover damages from Defendant Herne, this Defendant is entitled to indemnification either in whole or in part, from all persons or entities whose negligence and/or fault proximately contributed to those damages.

**AFFIRMATIVE DEFENSE TWO**

**(Reservation)**

56.

Defendant Herne reserves the right to amend its answer to assert additional affirmative defenses, counterclaims, and cross-claims once further discovery is completed.

///

///

///

///

Page 4- DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSE

**PRAYER FOR RELIEF**

Wherefore, having answered Plaintiff's complaint and asserted affirmative defenses, Defendant Herne prays for judgement as follows:

a.    For judgement in its favor and against Plaintiff on all claims and for an award of its costs and disbursements incurred herein;

b.    For such other relief as this Court deems equitable and proper.

DATED this 22nd day of November, 2022.

*s/Kevin T. Lafky*
Kevin T. Lafky, OSB#852633
klafky@lafky.com
LAFKY & LAFKY
429 Court Street NE
Salem, OR 97301
Attorney for Defendant

Page 5 - DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSE