ELLEN F. ROSENBLUM
Attorney General
JESSICA SPOONER #105919
Assistant Attorney General
KATIE A. SUVER #975067
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Jessica.Spooner@doj.state.or.us
       katie.suver@doj.state.or.us

Attorneys for State Defendants Byers, Matteucci, Oregon Health Authority, Oregon Hospital, and Sande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIANNE DAVIDOFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOLORES MATTEUCCI; LINDSEY SANDE, MONICA BYERS; DAVID HERNE; OREGON STATE HOSPITAL, OREGON HEALTH AUTHORITY,<br><br>　　　　Defendants. | Case No.　6:22-cv-00901-AA<br><br>DECLARATION OF JESSICA SPOONER IN SUPPORT OF STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST INTERROGATORIES |

I, Jessica Spooner, hereby declare:

1.　　I am an attorney licensed to practice law in the State of Oregon and admitted to practice before the United States District Court for the District of Oregon. I am employed as an Assistant Attorney General with the Oregon Department of Justice. I am currently assigned to represent Defendants Byers, Matteucci, Oregon Health Authority and Oregon State Hospital (collectively referred to as "State Defendants") in the above-captioned case.

Page 1 -　DECLARATION OF JESSICA SPOONER IN SUPPORT OF STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST INTERROGATORIES
　　　　JS/a4s/826889882

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

2. I make this declaration in support of State Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's First Interrogatories and under penalty of perjury. I have personal knowledge of and am competent to testify to the facts herein.

3. The current deadline State Defendants to respond to Plaintiff's First Interrogatories is May 30, 2023.

4. I have conferred with Plaintiff's counsel on this extension of time request. The parties are in agreement with the proposed extension.

5. State Defendants respectfully request that the deadline to respond to Plaintiff's First Interrogatories be extended to June 16, 2023. The responses cannot be completed in time and defense counsel will be in trial from June 5th through the 13th.

6. This request is made in good faith and not for the purposes of unnecessary delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on May 30, 2023.

*s/ Jessica Spooner*
JESSICA SPOONER

Page 2 -   DECLARATION OF JESSICA SPOONER IN SUPPORT OF STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST INTERROGATORIES
JS/a4s/826889882

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791