ELLEN F. ROSENBLUM
Attorney General
JESSICA SPOONER  #105919
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Jessica.Spooner@doj.state.or.us

Attorney for State Defendants Byers, Matteucci, Oregon Health Authority, Oregon State Hospital, and Sande

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIANNE DAVIDOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLORES MATTEUCCI; LINDSEY SANDE, MONICA BYERS; DAVID HERNE; OREGON STATE HOSPITAL, OREGON HEALTH AUTHORITY,<br><br>    Defendants. | Case No.   6:22-cv-00901-AA<br><br>NOTICE OF WITHDRAWAL |

Defendants Matteucci, Sande, Byers, Oregon State Hospital, and Oregon Health Authority hereby gives notice that Katie A. Suver, Assistant Attorney General, is no longer counsel of record in this matter. Jessica Spooner, Assistant Attorney General, continues as lead counsel of record in this proceeding.

DATED July 7, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Jessica Spooner*
JESSICA SPOONER #105919
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Jessica.Spooner@doj.state.or.us
Attorney for State Defendants

Page 1 -    NOTICE OF WITHDRAWAL
JS/a4s/869977899

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791