**Viktoria Lo**, OSB No. 175487
Email: viktoria@lmhlegal.com
**Ethan Levi**, OSB No. 994255
Email: ethan@lmhlegal.com
**Noah Horst**, OSB No. 076089
Email: noah@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DIANNE DAVIDOFF**, <br><br> Plaintiffs, <br><br> vs. <br><br> **DOLORES MATTEUCCI; LINDSEY SANDE, MONICA BYERS; DAVID HERNE; OREGON STATE HOSPITAL, OREGON HEALTH AUTHORITY**, <br><br> Defendant. | Case No.  6:22-cv-00901-AA <br><br> **DECLARATION OF VIKTORIA LO IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND CASE DEADLINES** |

I, Viktoria Lo, declare as follows:

1.      I am the attorney representing the plaintiff, Dianne Davidoff, in this matter.

2.      I make this declaration in support of *Plaintiff's Unopposed Motion to Extend Case Deadlines.*

DECLARATION OF VIKTORIA LO IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND CASE DEADLINES - 1 (Case No. 6:22-cv-00901-AA)

**LEVI MERRITHEW HORST PC**
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092

3.      Plaintiff is requesting an extension until April 18, 2024 to complete discovery. Plaintiffs have just received a voluminous document production from state defendants. After reviewing document discovery, we will schedule depositions.

4.      I have conferred with counsel for defendants: James Francis and Kevin Lafky, counsel for David Herne, and Jill Schneider, counsel for the state defendants. Defendants' counsel do not oppose this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this 20th day of December, 2023.

By:      s/ Viktoria Lo
**Viktoria Lo**, OSB No. 175487
Attorney for Dianne Davidoff

DECLARATION OF VIKTORIA LO IN SUPPORT OF PLAINTIFF'S
UNOPPOSED MOTION TO EXTEND CASE DEADLINES - 2
(Case No. 6:22-cv-00901-AA)

**LEVI MERRITHEW HORST PC**
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092